In the Matter of the Petition of WILLIAM W. FARLEY, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,492, Issued to EUGENE O. MOSHER, Respondent.

*Matter of Farley (Mosher)*, 153 App. Div. 939, affirmed.
(Argued January 7, 1913; decided January 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 12, 1912, which affirmed an order of Special Term denying a petition for the revocation of a liquor tax certificate.

*Louis M. King* and *A. M. Sperry* for appellant.

*A. F. Mills* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.